UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Rule 16 Conference Calendar

Honorable Janet C. Hall, U.S.D.J.
915 Lafayette Boulevard
Bridgeport
Chambers Room #417

NOVEMBER 6, 2003

4:00 P.M.

CASE NO.   3-03-cv-520 Campbell v Windham Community

------------------------------------------------------------

COUNSEL OF RECORD:

Stephen B. Harris    *pltf*    Wiggin & Dana, One Cityplace 185 Asylum St.,
                               Hartford, CT 860-297-3700

Mary E. Kelly        *def*     Livingston, Adler, Pulda, Meiklejohn &
                               Kelly, 557 Prospect Ave., Hartford, CT
                               860-233-9821

                                        BY ORDER OF THE COURT
                                        KEVIN F. ROWE, CLERK


ALL PERSONS ENTERING THE COURTHOUSE MUST SHOW PHOTO IDENTIFICATION.

*[Stamp: RULE 16 CONFERENCE HELD 11/6/03]*