UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

BARBARA CAMPBELL,
    Plaintiff

2003 NOV 14  A 10: 14

v.                                          Civil Action No.: 3:03 CV 0520 (JCH)

WINDHAM COMMUNITY MEMORIAL
HOSPITAL, INC.

and

HATCH HOSPITAL CORP.,
    Defendants.                              November 10, 2003

### STIPULATION AND ORDER OF CONFIDENTIALITY

Plaintiff Barbara Campbell and defendants Windham community Memorial Hospital and Hatch Hospital Corp., (hereinafter "the parties") hereby stipulate that the procedures set forth below shall govern the use of any medical and psychiatric information, any personnel information concerning non-parties, financial information, and any trade secret information in connection with pretrial discovery of plaintiff's claims in this action.

1.  Pursuant to this Stipulation and Protective Order, the following documents and information shall be considered confidential:

    a.  all medical records concerning the plaintiff, any witness, or any other person, including the notes, records, and reports of psychologists, psychiatrists, social workers, and all other health care practitioners;

    b.  transcripts of the depositions of any health care practitioners, including psychologists, psychiatrists, or social workers, who have evaluated, treated, examined and/or consulted with any party or witness;

So Ordered.