UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 FEB -2  P 12: 22

| | |
|---|---|
| BARBARA CAMPBELL<br>Plaintiff | CIVIL ACTION NO.<br>3:03 CV 0520 (JCH) |
| V. | |
| WINDHAM COMMUNITY HOSPITAL, INC. | |
| HATCH HOSPITAL CORP.<br>Defendants. | January 30, 2004 |

## MOTION FOR MODIFICATION OF THE SCHEDULING ORDER

The Plaintiff, Barbara Campbell, respectfully requests that the scheduling order in the above-referenced matter be modified so as to allow an extension of six weeks from March 1, 2004 until April 12, 2004 to complete discovery in this case, and a similar six week day extension as to all other pretrial deadlines. The parties have exchanged significant written discovery, and have taken numerous depositions, but discovery is not yet complete.

Plaintiff's counsel works for a firm which employs eight attorneys. Partner Ruth Pulda is currently on a medical leave of absence for cancer treatment and is not expected to return to work until September 2004, at the earliest. The undersigned counsel, and the other attorneys at the firm, have taken responsibility for litigating Attorney Pulda's cases and for representing her clients while she is on this leave. Despite this, Plaintiff's counsel anticipated that discovery would be completed by the Court's deadlines.

However, on January 20, 2004, Plaintiff's counsel's mother was hospitalized with congestive heart failure. She underwent emergency aortic valve replacement surgery on January 22, 2004, and suffered a minor stroke as a result of this surgery. Plaintiff's counsel anticipates working approximately half time for the next six -eight weeks in order to help care for her mother upon her release from the hospital.

For this reason, the Plaintiff requests that the scheduling order in the above-referenced matter be modified so as to allow an additional six weeks, resulting in the new due dates being as follows:

Discovery to be completed by April 12, 2004;

Revised Damages Analysis April 12, 2004; and

Dispositive Motions filed on or before May 12, 2004.

This is Plaintiff's first request for a modification of the scheduling order. Counsel for the Defendant has been contacted and has no objection to the granting of this extension.

Respectfully submitted,
THE PLAINTIFF

By: _____
Mary E. Kelly ct 07419
Livingston, Adler, Pulda,
Meiklejohn & Kelly, P.C.
557 Prospect Avenue
Hartford, CT 06105-2922
(860) 233-9821

## CERTIFICATION OF SERVICE

     This is to certify that a copy of the foregoing Extension of Time has been sent by first-class, postage pre-paid mail on this 30th day of January, 2004 to the following counsel of record:

Stephen B. Harris  
William J. Albinger  
Wiggin & Dana LLP  
One Century Tower  
265 Church Street  
New Haven, CT 06510-7001

                                                            _____  
                                                            Mary E. Kelly