UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BARBARA CAMPBELL | : | |
| Plaintiff | : | |
| | : | CIVIL ACTION NO. |
| v. | : | 3-03-cv-520 (JCH) |
| | : | |
| WINDHAM COMMUNITY HOSPITAL | : | FEBRUARY 16, 2004 |
| INC., ET AL | : | |
| Defendants | : | |

**ENDORSEMENT RULING [DKT. NO. 24]**

Plaintiff's Motion for Modification of the Scheduling Order filed February 2, 2004, is hereby **granted**. Discovery cutoff date is now April 12, 2004, and dispositive motions are now due by May 12, 2004.

**SO ORDERED.**

Dated at Bridgeport, Connecticut this 16th day of February, 2004.

/s/ Janet C. Hall
Janet C. Hall
United States District Judge