UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BARBARA CAMPBELL,<br><br>　　　　Plaintiff,<br><br>v.<br><br>WINDHAM COMMUNITY MEMORIAL<br>HOSPITAL, INC. and<br>HATCH HOSPITAL CORP.<br><br>　　　　Defendants. | Civil No. 3:03 CV 0520 (JCH)<br><br>April 12, 2004 |

## MOTION FOR MODIFICATION OF THE SCHEDULING ORDER

Defendants, Windham Community Memorial Hospital, Inc. ("Hospital") and Hatch Hospital Corporation (collectively "Defendants"), hereby respectfully request that the scheduling order in the above-referenced matter be modified so as to allow (1) an extension of eighteen (18) days from April 12, 2004 until April 30, 2004 to complete discovery in this case; and (2) forty-five (45) days from the close of discovery to file dispositive motions.

The parties have exchanged significant written discovery and have taken numerous depositions. On March 29, 2004, Plaintiff produced additional documents responsive to Defendants' written discovery requests, and which were not available to Plaintiff at an earlier date. Accordingly, Defendants request that the discovery period be extended until April 30, 2004 in order to allow for Plaintiff's continued deposition with respect to these recently produced documents. The parties have in fact scheduled Plaintiff's continued deposition for April 20, 2004.

Likewise, on April 12, 2004, Defendants provided timely responses to Plaintiff's Second Set of Interrogatories and Requests for Production dated March 12, 2004, and timely responses to Plaintiff's Requests for Admissions dated March 12, 2004. Accordingly, the discovery period should be extended in order to allow for the continued deposition of Hospital employee Allison Breault with respect to Defendants' written discovery responses. The parties have in fact scheduled Ms. Breault's continued deposition for April 28, 2004.

Furthermore, the Court's Order dated June 23, 2003 contemplated that the parties would have a period of forty-five (45) days following the close of discovery in which to file dispositive motions. Through inadvertence, however, the time period for filing dispositive motions was shortened to thirty (30) days as a result of the Court's February 16, 2004 Order granting Plaintiff's Motion for Modification of the Scheduling Order dated January 30, 2004. Accordingly, Defendants request that the parties be permitted 45 days from the close of discovery, or until June 14, 2004, in which to file dispositive motions. The modification is necessary in order to conform with the parties' original intent and with the Court's June 23, 2003 Order.

For the foregoing reasons, Defendants request that the scheduling order in the above-referenced matter be modified as follows:

Discovery to be completed by April 30, 2004;

Revised damages analysis by April 30, 2004;

Dispositive motions filed on or before June 14, 2004.

This is Defendants' first request for a modification of the scheduling order. Counsel for the Plaintiff has been contacted and has no objection to the granting of this motion.

                      DEFENDANTS
                      WINDHAM COMMUNITY MEMORIAL
                      HOSPITAL and
                      HATCH HOSPITAL CORPORATION

By: _____
      Stephen B. Harris, ct13125
      William J. Albinger, ct18861
      Wiggin & Dana LLP
      One Century Tower
      P.O. Box 1832
      New Haven, CT 06508-1832
      (203) 498-4400
      Their Attorneys

## CERTIFICATE OF SERVICE

This is to certify that on this 12th day of April, 2004, a copy of the foregoing has been mailed, postage prepaid, to the following:

>Mary E. Kelly, Esq.
>Livingston, Adler, Pulda, Meiklejohn & Kelly, P.C.
>557 Prospect Avenue
>Hartford, CT 06105-2922

_____
Stephen B. Harris

\4033\89\459427.1