UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

FILED
2004 APR 13 A 9:59
U.S. DISTRICT COURT
BRIDGEPORT, CONN

|  |  |
|---|---|
| BARBARA CAMPBELL, ) | |
| ) | |
| Plaintiff, ) | Civil No. 3:03 CV 0520 (JCH) |
| ) | |
| v. ) | |
| ) | |
| WINDHAM COMMUNITY MEMORIAL ) | April 12, 2004 |
| HOSPITAL, INC. and ) | |
| HATCH HOSPITAL CORP. ) | |
| ) | |
| Defendants. ) | |

## MOTION FOR MODIFICATION OF THE SCHEDULING ORDER

Defendants, Windham Community Memorial Hospital, Inc. ("Hospital") and Hatch Hospital Corporation (collectively "Defendants"), hereby respectfully request that the scheduling order in the above-referenced matter be modified so as to allow (1) an extension of eighteen (18) days from April 12, 2004 until April 30, 2004 to complete discovery in this case; and (2) forty-(45) days from the close of discovery to file dispositive motions.

The parties have exchanged significant written discovery and have taken numerous [depo]sitions. On March 29, 2004, Plaintiff produced additional documents responsive to [Defe]ndants' written discovery requests, and which were not available to Plaintiff at an earlier [date]. Accordingly, Defendants request that the discovery period be extended until April 30, [2004] in order to allow for Plaintiff's continued deposition with respect to these recently [prod]uced documents. The parties have in fact scheduled Plaintiff's continued deposition for [April] 12, 2004.

Motion Granted.
Discovery cutoff date 4/30/04
Dispositive Motions due by 6/30/04
SO ORDERED
4/25/04  [signature] Hall, U.S.D.J.