UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BARBARA CAMPBELL | : | CIVIL ACTION NO. |
| Plaintiff | : | 3:03 CV 0520 (JCH) |
| | : | |
| V. | : | |
| | : | |
| WINDHAM COMMUNITY HOSPITAL, INC. | : | |
| | : | |
| HATCH HOSPITAL CORP. | : | |
| Defendants. | : | JUNE 16, 2004 |

### MOTION FOR PERMISSION TO TAKE DISCOVERY OUT OF TIME

Pursuant to Fed.R.Civ.P. 16(b), and Local Rule 16, the plaintiff, Barbara Campbell, respectfully requests that the scheduling order in the above-referenced matter be modified so as to allow the plaintiff to take depositions of defendant's employees Kathleen Clairmont, Leigh Johnson, Teresa Carey, Shirley Dayton and Teddi Moore limited to the issues of any criticism each had of the plaintiff and communications of such criticism to the defendant.  The plaintiff believes that each such deposition should take approximately one hour, and has offered to take the depositions at the defendant's place of business, where the witnesses are employed. The plaintiff has also offered to take all five depositions during one day to increase efficiency and reduce cost and inconvenience.

As is explained in detail in the attached Memorandum, the failure to take these depositions earlier is not the result of a lack of diligence on the part of the plaintiff. Instead, critical information as to the nature of the witness' complaints, while called for early in discovery, was not disclosed until the close of discovery.  Consequently, the

plaintiff believes that granting this motion is in the interest of justice.

Counsel for the defendant has been contacted and objects to the granting of this extension.

                                          Respectfully submitted,
                                          THE PLAINTIFF

By: _____
      Mary E. Kelly  ct 07419
      Livingston, Adler, Pulda,
      Meiklejohnn & Kelly, P.C.
      557 Prospect Avenue
      Hartford, CT  06105-2922
      (860) 233-9821

**CERTIFICATION OF SERVICE**

      This is to certify that a copy of the foregoing Motion For Permission to Take Discovery Out of Time has been sent by first-class, postage pre-paid mail on this 16th day of June 2004 to the following counsel of record:

Stephen B. Harris
William J. Albinger
Wiggin & Dana LLP
One Century Tower
265 Church Street
New Haven, CT 06510-7001


                                                  Mary E. Kelly

Case 3:03-cv-00520-JCH    Document 28    Filed 06/17/2004    Page 4 of 4