UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| BARBARA CAMPBELL,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>WINDHAM COMMUNITY MEMORIAL<br>HOSPITAL, INC. and<br>HATCH HOSPITAL CORP.<br><br>　　　　　　Defendants. | Civil No. 3:03 CV 0520 (JCH)<br><br><br>June 28, 2004 |

## MOTION FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTIONS

Defendants Windham Community Memorial Hospital, Inc. and Hatch Hospital Corporation hereby respectfully request an extension of time in which to file any and all dispositive motions in this case. Specifically, and in light of plaintiff's June 16, 2004 "Motion for Permission to Take Discovery Out of Time," defendants request that the deadline for filing dispositive motions be extended either to fifteen (15) days from the date of the Court's order denying plaintiff's motion or, in the event plaintiff's motion is granted, to thirty (30) days from the date of the new discovery cutoff. The additional time is required because the Court's resolution of plaintiff's motion to take additional discovery will have an impact on the content of any dispositive motions. The additional time is further required because defendants' counsel, during the period of time that would otherwise have been utilized to prepare dispositive motions, have been required to research and draft defendants' response to plaintiff's motion to take additional discovery, to complete defendants' supplemental responses to plaintiff's written

discovery and to resolve open discovery items; and have not been able to devote their full attention to the preparation of dispositive motions.

Defendants' counsel have been unable to confer with plaintiff's counsel to ascertain her position as to this motion inasmuch as she has been attending a conference and has been away from her office. However, plaintiff's counsel has previously indicated that she has no objection to the extension of the deadline for filing dispositive motions.

DEFENDANTS
WINDHAM COMMUNITY MEMORIAL
HOSPITAL and
HATCH HOSPITAL CORPORATION

By: _/s/ William J. Albinger_
Stephen B. Harris, ct13125
William J. Albinger, ct18861
Wiggin & Dana LLP
One Century Tower
P.O. Box 1832
New Haven, CT 06508-1832
(203) 498-4400
Their Attorneys

**CERTIFICATE OF SERVICE**

This is to certify that on this 28th day of June, 2004, a copy of the foregoing has been mailed, postage prepaid, to the following:

>Mary E. Kelly, Esq.
>Livingston, Adler, Pulda, Meiklejohn & Kelly, P.C.
>557 Prospect Avenue
>Hartford, CT 06105-2922

_____
William J. Albinger

\4033\89\474456.1