# EXHIBIT A

**Levine, Marty**

**From:** Noel, Dawn
**Sent:** Thursday, April 11, 2002 8:39 AM
**To:** Levine, Marty
**Subject:** Confidential

Marty here are my letters. I did one at home so you have two separate documents.
If you need more info. I would ask Robin, RN who was on our committee. There were continual complaints for the RNs and Teddi on 4th floor Shea and she would be able to fill you in on that or tell you who you might want to talk to.
Also I was told that there was either a code in CCU or some major crisis that was going on and Barbara was there. What she did was try to talk to the nurse and give her comfort when she was in the middle of this crisis and needed to care for her pt. She had to tell Barbara to basically leave her alone and get out of the way. I don't remember who told me this.
GOOD LUCK

Barbara ltr..doc    Barb.ltr2.doc

DEF SUPP-0003

PRIVILEGE
DEF 0068

April 9, 2002

Per your request here is my letter regarding Barbara Campbell.
Concerns of myself and others re: Barbara Campbell's role as chaplain at Windham.

I first met Barbara Campbell during my interview with her for the position of Chaplain at Windham Hospital.
During the interview she was very enthusiastic about the position and stated that she really wanted this job. She answered questions appropriately and assured me that she would be able to work well with staff and area clergy. At the time I thought she would be good for the position.
It was not long after she began working here that nursing and staff began to come up to me to express negative concerns regarding her behavior; one of the nurses expressing concerns was on the Chaplain Task Force and had voted for Barbara to be hired. Some of the unsolicited issues expressed had to do with her interaction with patients and lack of respect for boundary/space especially with staff. An example told to me by 4th floor staff is: Dr. Petro was talking to a colleague about a patient and Barbara stood there and listened to the conversation, finally Dr. Petro asked her colleague to move to another area.

Problems began to occur between Barbara and members of the Ministers of the Sick who visit their patients from their congregations. One of Barbara's duties was to work with the clergy and/or their appointed ministers who visit their sick patients.
Dell and Juanita Beaulieu are Lay Ministers of the Sick and Eucharistic Ministers from St Mary's Parish in Willimantic. They have been visiting patients at the hospital for 15 years and are respected by staff, physicians and patients.
One day I was given a referral by nursing to see a patient. The patient wanted to see Dell who had visited her on a previous admission and made her feel good. She wanted to see him before her surgery in the morning. I told her we had a chaplain here that I could call but she wanted to see Dell. This was a direct pt request so I called Dell at home, explained the situation to him and he came in right away to see the pt. All this was documented in pt's chart.
A few days later I met Dell on the way out of the hospital and he told me that he mentioned to Barbara that I had called him and he "Got Hell". He stated that she was very angry that she was not called first. He tried to explain to her why I called him but in her opinion she should have seen the pt herself. I met with Barbara to discuss this and to see if she understood that a patient has the right to see whomever they want, but I could not get her to understand this. She was still of the opinion that she should see should have been the one called first and she would make the decision if someone else needed to be called in. I ended the conversation at that point because it was futile to discuss this further with her. I then called Allison Breault RN; VP to notify her of what had taken place.

Dell and Juanita continued to voice problems they were having with Barbara and told me that things have to be her way or not at all. Juanita told me that Barbara told her she must

DEF SUPP-0004

PRIVILEGE
DEF 0069

pray with every OB patient. Juanita felt this was not always appropriate and was not going to do this. Things continued to deteriorate between the Beaulieu's and Barbara and t the Beaulieu's were going to stop their ministry to the sick. They felt they could not work under Barbara's authority any longer.  They did not want to deal with her anymore.

I was at a meeting of the Windham Hospital Clergy Task Force held here at the hospital and several area priests/ministers were present. Barbara was the facilitator of the meeting. Discussion involved what the clergy wanted regarding involvement with their parishioners when hospitalized i.e., when to be called/notified, sacraments etc. and Barbara had some different ideas than they did. Unfortunately she could not handle this discussion without feeling threatened. She ended up saying to everyone that she felt she was being attacked. She was unprofessional in her handling of the meeting and could not handle constructive criticism. She took it personally.

One day I was entering the Greer wing and Barbara was at the other end of the hall. When she saw me she began to wave her arms like an airplane trying to get my attention. There was nothing I could do but laugh when I saw her because here was a chaplain with a red clerical shirt and collar on flapping her arms in the middle of the hallway where pts, staff and visitors are. While it was funny it was definitely not professional or appropriate but I believe this was a way of Barbara trying to fit in, to be nice. She presented herself as being very needy, very insecure and desperately seeking acceptance.

A Latino man who has visited patients at the hospital for several years contacted Juanita Vazquez my assistant. He belongs to a Pentecostal Church in the Willimantic area and visits parishioners from this church and has also visited other Latino patients. He had met with Barbara previously and was going to meet with her again. He wanted Juanita to be there to act as an interpreter as his English is very limited.
Juanita stated that Barbara tried to make him understand the policy and JCAHO regulations but even with Juanita present to interpret he could not understand why something he had been doing for years was no longer possible. The problem Juanita had with this is that the minister asked Juanita to help him, not Barbara . She felt that an interpreter should have been called from the fist encounter, as this man is Spanish speaking and would not understand what was taking place without the help of an interpreter. She believes this is not being culturally sensitive to a person of a different culture.

Finally, I had a personal experience with Barbara that was <u>very</u> upsetting.
My son was sent to the emergency room. This was a crisis situation.
While I was in the emergency room talking with my son's nurse I saw Barbara speaking to a staff member outside my son's room. I knew that she would come to see me and I did not want to talk to her at that time. I told Marge my son's nurse to please tell Barbara that I did not want to talk to her. Also in the ER at that time was my VP Allison Breault.

The next day at work I was getting a coffee in our coffee shop, this is a small shop and there were many people there getting their morning coffee. As I was getting ready to leave Barbara was there and came up to me and asked me how my son was. I replied, "Fine. Thanks". I thought that was the end of the conversation but she proceeded to ask me why I told the nurse that I did not want to speak to her? First of all this was a very inappropriate question to ask me under any condition never mind in a public shop with people around. I was <u>very</u> embarrassed. I still did not want to talk to her about this situation and I was also afraid people would overhear this conversation.
I did not handle the situation well. I knew that the conversation had turned from my son and me and was now centered on her. I made up some excuse that it would not have been a good time for my son to see any clergy under the circumstances. My main concern at that time was to end this conversation and leave the shop. She continued to ask questions which I cannot remember at this time. What I do remember very clearly is that she was upset that I did not turn to her for help. This is another example of her neediness, inability to handle a situation and unprofessional behavior.
I was so upset that I went to Allison to discuss this situation. Allison knew that my son was in the ER and never said a word to me even though she is my boss. She knows that if I needed to talk to her I would. She also knows how to respect a person's privacy and boundaries, something Barbara needs to learn.
To complete this account I was walking past Barbara's office on the following Monday and she came out and asked me something like, How was you weekend or, did you get some rest on the weekend? Some comment to this effect. I said, "Yes. Thank you". That would have been fine if that were the end of the conversation. Instead she replied, good. You were really stressed out". At that point I just left the floor.

DEF SUPP-0006

PRIVILEGE
DEF 0071