Case 3:03-cv-00520-JCH   Document 32-3   Filed 06/28/2004   Page 1 of 6

# EXHIBIT B

Addendum: October 29, 2003

Per your request here is my letter regarding Barbara Campbell.
Concerns of myself and others re: Barbara Campbell's role as chaplain at Windham.

I first met Barbara Campbell during my interview with her for the position of Chaplain at Windham Hospital.
During the interview she was very enthusiastic about the position and stated that she really wanted this job. She answered questions appropriately and assured me that she would be able to work well with staff and area clergy. At the time I thought she would be a good person for the position of Chaplain.
It was not long after she began working here that nursing and staff began to come up to me to express negative concerns regarding her behavior. One of the nurses expressing concerns regarding Rev. Campbell's actions was on the Chaplain Task Force, Robin Beganski, R.N. and had voted for Barbara to be hired. Other's who complained about her inappropriate interactions with patients and staff are: Colleen Corcoran, R.N., Kathy Clairmont, R.N., Lee Johnson, R.N. Theresa Carey, R.N. from 4th floor Shea and Sandy Minchew, R.N. and Shirley Dayton, R.N. from CCU. Some of the unsolicited issues expressed had to do with her interaction with patients and lack of respect for boundary/space especially with staff. An example told to me by Teddi Moore, Monitor Tech. On 4th floor Shea is: Dr. Petro was talking to a colleague about a patient and Barbara stood there and listened to the conversation, finally Dr. Petro asked her colleague to move to another area.

Problems began to occur between Barbara and members of the Ministers of the Sick who visit their patients from their congregations. One of Barbara's duties was to work with the clergy and/or their appointed ministers who visit their sick patients here at the hospital. Dell and Juanita Beaulieu are Lay Ministers of the Sick and Eucharistic Ministers from St Mary's Parish in Willimantic. They have been visiting patients at the hospital for 15 years and are respected by staff, physicians and patients.
One day I was given a referral by nursing to see a patient. The patient wanted to see Dell who had visited her on a previous admission and made her feel good. She wanted to see him before her surgery in the morning. I told her we had a chaplain here that I could call but she wanted to see Dell. This was a direct patient request so I called Dell at home, explained the situation to him and he came in right away to see the pt. All this was documented in patient's chart.
A few days later I met Dell on the way out of the hospital and he told me that he mentioned to Barbara that I had called him and he "Got Hell". He stated that she was very angry that she was not called first. He tried to explain to her why I called him but in her opinion she should have seen the pt herself. I then met with Barbara to discuss this issue and to see if she understood that a patient has the right to see whomever they want. I could not get her to understand this. She was still of the opinion that she should have been the one called first and it would be she who would make the decision if someone else needed to be called in. I ended the conversation at that point because it was futile to

DEF SUPP-0343

Pg.2

discuss this further with her. I then called Allison Breault RN; V.P. to notify her of what had taken place.

Dell and Juanita continued to voice problems they were having with Barbara and told me that things have to be her way or not at all. Juanita told me that Barbara told her she must pray with every OB patient. Juanita felt this was not always appropriate and was not going to follow this directive. Things continued to deteriorate between the Beaulieu's and Barbara and the Beaulieu's were going to stop their ministry to the sick here at the hospital. They felt they could not work under Barbara's authority any longer and stated they did not want to deal with her anymore.

I was at a meeting of the Windham Hospital Clergy Task Force held here at the hospital and several area priests/ministers were present. Barbara was the facilitator of the meeting. Discussion involved what the clergy wanted regarding involvement with their parishioners when hospitalized i.e., when to be called/notified, sacraments of the sick etc, and Barbara had some different ideas than they did. Unfortunately she did not handle this discussion/meeting well. Members of the clergy were in disagreement with some of her opinions and she ended up becoming angry and saying to everyone that she felt she was being attacked. She was unprofessional in her handling of the meeting and could not handle constructive criticism. She was not being personally attacked but she took it personally.

One day I was entering the Greer wing and Barbara was at the other end of the hall. When she saw me she began to wave her arms like an airplane trying to get my attention. There was nothing I could do but laugh when I saw her because here was our chaplain with a red clerical shirt and white clerical collar on flapping her arms in the middle of the hallway where pts, staff and visitors are. While it was funny it was definitely not professional or appropriate but I believe this was a way of Barbara trying to fit in, to be nice. She presented herself as being very needy, very insecure and desperately seeking acceptance.

A Latino man who has visited patients at this hospital for several years contacted Juanita Vazquez my assistant. He belongs to a Pentecostal Church in the Willimantic area and visits parishioners from this church and has also visited other Latino patients. He had met with Barbara previously regarding his visits and was going to meet with her again. He wanted Juanita to be there to act as an interpreter as his English is very limited.
Juanita stated that Barbara tried to make him understand the hospital policy and JCAHO regulations that needed to be followed for patient confidentiality but even with Juanita present to interpret he could not understand why something he had been doing for years was no longer possible and more discussion was needed for him to understand the changes.
Juanita expressed concerns to me regarding the fact that this minister is the one who contacted her for help and not the Chaplain. She felt that as the hospital interpreter she or

DEF SUPP-0344

Pg. 3

another interpreter should have been called from the fist encounter, as this man is primarily Spanish speaking and would not fully understand what the Chaplain was trying to say to him. She believes the handling of this situation was not being culturally sensitive to a person of a different culture.
Finally, I had a personal experience with Barbara that was _very_ upsetting.
My son was sent to the emergency room and this was a crisis situation.
While I was in the emergency room talking with my son's nurse I saw Barbara speaking to a staff member outside my son's room. I knew that she would come to see me to offer support but I did not want to talk to her at that time. I told Marge Voight, R.N. my son's nurse to please tell Barbara that I did not want to talk to her. Also in the ER at that time was my Vice President Allison Breault.

The next day at work I was getting coffee in our coffee shop, this is a small shop and there were many people there getting their morning coffee/breakfast. As I was getting ready to leave Barbara was there and came up to me and asked me how my son was. I replied, "Fine. Thanks". I started to leave but she proceeded to ask me why I told the nurse that I did not want to speak to her? First of all this was a very inappropriate question to ask me under any condition never mind in a public shop with people around. I was _very_ embarrassed. I still did not want to talk to her about this situation and I knew that people would most likely be able to hear the conversation. Unfortunately I did not handle the situation well. I knew that the conversation was really about her and not how my son and I were doing. She wanted answers as to why I didn't want to talk to her. I made up some excuse that I don't even remember. My main concern at that time was to end this conversation and leave the shop. What I do remember very clearly is that she was upset that I did not turn to her for help. This is another example of her neediness, inability to handle a situation, and unprofessional behavior.
I was upset by this encounter and went to my Allison Breault, R.N. V.P. to discuss this situation. Allison knew that my son was in the ER because she was there yet she never said a word to me, even though she is my boss. She knows that if I needed or wanted to talk to her about what was happening, I would. She knows that we not only respect our patient's confidentiality and rights, but also those of our staff. In this situation Rev. Campbell did neither, in my personal opinion her feeling of rejection for my not turning to her in a time of crisis was her main concern. Respect for a staff members privacy was definitely not evident and this is something she needs to learn.
To complete this account I was walking past Barbara's office on the following Monday and she came out and asked me how my weekend went and if I got some rest. I said, "Yes. Thank you". That would have been fine if that was the end of the conversation but she replied, "Good. You were really stressed out". At that point I just left the floor.
I believe Rev. Campbell means well but does not yet have the professional skills and experience to work as a Chaplain in a hospital setting at this time.

_Dawn Noel MSW_
Dawn Noel, MSW

DEF SUPP-0345

10/29/03 Addendum

Several nursing and support staff on the 4th floor made negative and disparaging statements regarding Barbara Campbell's professionalism, stating they felt she was immature and frequently inappropriate in her contacts and work with patients.

These are the names of the nurses that I recall making these statements:

Colleen Corcoran, RN
Robin Begansky, RN
Teresa Carey, RN
Kathy Clairmont, RN
Teddi Moore, Unit Secretary/Monitor Tech

Mr. Del Beaulieu, Volunteer (lay minister)

Vincent Stephens, M.D.

DEF SUPP-0346