# EXHIBIT C

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

COPY

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*
\*
BARBARA CAMPBELL,                         \*
    Plaintiff,                          \*
                                               \* Civil Action No.
VS.                                      \* 3:03CV0520(JCH)
                                               \* November 25, 2003
WINDHAM COMMUNITY HOSPITAL, INC.          \*
and HATCH HOSPITAL CORP.,                 \*
    Defendants.                         \*
                                               \*

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## DEPOSITION OF ROBIN BEGANSKY

Taken on behalf of the Plaintiff in the above-entitled cause, before Patricia Tyszka, Registered Merit Reporter, Notary Public, in and for the State of Connecticut, on Tuesday, November 25, 2003, at 10:00 a.m., at the offices of Livingston, Adler, Pulda, Meiklejohn & Kelly, 557 Prospect Avenue, Hartford, Connecticut, pursuant to the Federal Rules of Civil Procedure.

*PATRICIA TYSZKA, LSR, RMR*
*COURT REPORTING SERVICES*
*189 Old Forge Road*
*West Hartland, Connecticut   06091*
*Phone/Fax (860) 379-7955*

1    A    Yes.

2    Q    Was that more than one conversation or one

3 conversation?

4    A    That was just once.

5    Q    Other than that one conversation you overheard

6 in which there was some concern expressed about there

7 being problems at one of the Catholic churches, you're

8 not aware of any concerns or complaints that the

9 clergypeople may have had about Barbara Campbell?

10    A    No.

11    Q    Other than that one conversation that you

12 overheard, are you aware of any complaints by any

13 hospital employees about Barbara Campbell?

14    A    The nurses were not -- not -- the nurses were

15 not comfortable with her.

16    Q    Who told you that?

17    A    The nurses.

18    Q    Specifically which nurses told you they

19 weren't comfortable?

20    A    That would be just about everybody that works

21 up on the floor.

22    Q    Who do you recall telling you they weren't

23 comfortable with Barbara Campbell?

24    A    Do you want names of every nurse?

25    Q    Every nurse you recall telling you they

```
 1  weren't comfortable.
 2       A    Well, it was just in a group discussion.  It
 3  wasn't -- it wasn't "Robin" -- you know, directed at me.
 4       Q    Who do you recall telling you, whether it was
 5  directed at you or part of a group discussion, that they
 6  were not comfortable with Barbara Campbell?
 7       A    We have -- do you want me to just list all the
 8  nurses that work up there?
 9       Q    I want you to list all the nurses that work up
10  there that you specifically recall telling you or
11  mentioning in your presence that they were not
12  comfortable with Barbara Campbell.
13       A    Kathy Clairmont, Teresa Carey, Ellen
14  Schreiber, Colleen Cocoran.
15       Q    Colleen?
16       A    Colleen.
17       Q    Okay.
18       A    That's all I recall at the moment.
19       Q    Let me know if you recall anyone later.
20            What do you recall Kathy Clairmont saying
21  about her discomfort with Barbara Campbell?
22       A    They all said she just gets right in your face
23  and doesn't know when to back off.
24       Q    And you specifically recall Ms. Clairmont
25  saying that?
```

```
 1      A    I don't know if that was her mouth that those
    words came out of.  It was in a -- just nurses sitting
    around.
 4      Q    What do you recall specifically Ms. Carey
    saying?
 6      A    The same discussion.
 7      Q    And Ellen Schreiber, what do you specifically
    recall her saying?
 9      A    Be the same thing.
10      Q    And Colleen Cocoran?
11      A    Mm-hmm.
12      Q    What do you specifically recall her saying?
13      A    It was all the same -- it was nothing bad
    about the patients, it was just that she didn't know how
    to leave you in your own personal space.
16      Q    Did you ask them what they meant by "gets
    right in your face and doesn't know when to back off"?
18      A    I didn't ask any specifics.
19      Q    Did you have any complaints about Barbara
    Campbell?
21      A    My having seen something, you mean, or my
    having heard -- having --
23      Q    Did you have any complaints or criticism of
    Barbara Campbell?
25      A    I felt she wasn't as people-oriented as she
```