EXHIBIT D

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BARBARA CAMPBELL,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>WINDHAM COMMUNITY MEMORIAL<br>HOSPITAL, INC. and<br>HATCH HOSPITAL CORP.<br><br>　　　　　Defendants. | Civil No. 3:03 CV 0520 (JCH)<br><br><br>June 14, 2004 |

## DEFENDANTS' SUPPLEMENTAL RESPONSES TO PLAINTIFF'S SECOND SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION

Defendants Windham Community Hospital, Inc. (hereinafter "Hospital") and Hatch Hospital Corporation (collectively hereinafter "Defendants"), hereby supplement their "Responses to Plaintiff's Second Set of Interrogatories and Requests for Production" dated April 12, 2004 as follows:

### INTERROGATORIES

1.　Please identify whether the documents produced by Defendant, Bates Stamped Def. Supp. 0579-0601, 0615, 0617-0618, 0621-0623, and 0638-0641 are policies related to the provision of pastoral or spiritual care at the Defendant Hospital, and if so whether these policies were ever rescinded or subsequently revised. Please identify all documents which relate to these policies or any recission of said policies.

**RESPONSE:**　The referenced documents are policies and/or procedures concerning the provision of pastoral or spiritual care at the Hospital. The referenced documents were revised

on the dates indicated therein and have not been formally rescinded by the Hospital inasmuch as the Hospital does not maintain a process for rescinding policies.

2.     Please describe any negative comments or complaints made about the Plaintiff's performance or behavior by the following employees and/or medical staff in as detailed a manner as possible, including what was said by each employee, when, to whom, and when the Hospital first became aware of the comment or complaint. Please provide the address and telephone number of each identified current non-managerial employee, and the last known address and telephone number of each identified former employee. If the Defendant learned of the comment or complaint from another individual please state whether the Defendant confirmed with the identified employee prior to the Plaintiff's termination that the comment or complaint was, in fact, made.

    Robin Begansky

    Sandy Minchew

    Wendy Nogler

    Sharon Verraneault

    Sharon Lee

    Sylvie Clavette

    Juanita Vazquez

    Colleen Corcoran

    Kathleen Clairmont

    Leigh Johnson

    Teresa Carey

      Shirley Dayton

      Teddi Moore

      Marjorie Petro

**RESPONSE:** In or about July and/or August 2001, several Hospital staff members, including Kathleen Clairmont, Leigh Johnson, Teresa Carey and Teddi Moore spoke with Allison Breault ("Breault") about their concerns regarding Plaintiff. Each of these employees expressed similar concerns regarding Plaintiff and stated that they were "uncomfortable" with her, that she did not respect their "personal space," and that she "gets right in [their] face." Some also indicated that because of the foregoing concerns they were uncomfortable calling upon her to consult with their patients. Breault met with Robin Begansky, Sandy Minchew, Wendy Nogler, Sharon Lee, Sylvie Clavette, Colleen Corcoran, Kathleen Clairmont, Leigh Johnson, Teresa Carey, Shirley Dayton, Teddi Moore and Marjorie Petro in October 2003 in order to advise them that the Hospital was providing their names and telephone numbers to Plaintiff's attorney in connection with this lawsuit. During these October 2003 meetings, the employees identified above with whom Breault had spoken in 2001 reiterated the complaints they had first made about Plaintiff in or about July and/or August 2001. In addition, at least one of the employees with whom Breault spoke reported that Plaintiff had touched her and expressed the opinion that Plaintiff did not know her well enough to do so.

## REQUESTS FOR PRODUCTION OF DOCUMENTS

    4.    Please provide any and all documents showing the JCAHO standards or requirements for the provision of spiritual care during the period of the Plaintiff's employment by the Defendant.

**RESPONSE:** Enclosed please find one (1) complete copy of the "Patient Rights and Organizational Ethics" section of the "Comprehensive Accreditation Manual for Hospitals," published by the Joint Commission on the Accreditation of Healthcare Organizations ("JCAHO"), portions of which address the provision of pastoral care. Please note that all documents responsive to this request for production were previously produced to Plaintiff by way of Defendants' May 9, 2002 response to Plaintiff's administrative complaint with the Connecticut Commission on Human Rights and Opportunities ("CCHRO") and Defendants' response to request for production 43 of Plaintiff's first request for production. For Plaintiff's convenience, Defendants have reproduced copies of those documents.

By: _____

DEFENDANTS
WINDHAM COMMUNITY MEMORIAL
HOSPITAL, INC. and
HATCH HOSPITAL CORPORATION

Stephen B. Harris, ct13125
William J. Albinger, ct18861
Wiggin and Dana LLP
One Century Tower
265 Church Street
New Haven, Connecticut 06510
Their Attorneys

4

## VERIFICATION

STATE OF CONNECTICUT)
                           : ss:          Willimantic, CT  June ___, 2004
COUNTY OF WINDHAM  )

    I, ALLISON BREAULT, have read the foregoing supplemental answers to interrogatories and believe them to be true and correct answers based either on my own personal knowledge and/or information contained in the business records of the Defendant Windham Community Memorial Hospital, Inc.

                                                        _____
                                                        ALLISON BREAULT
                                                        Vice President of Patient Care Services

Subscribed and sworn to before me
this 14th day of June, 2004.

_____
Notary Public

My Commission Exp. Jan. 31, 2007

5

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was hand delivered to the following counsel of record on this 15th day of June, 2004:

>Mary E. Kelly, Esq.
>Livingston, Adler, Pulda, Meiklejohn & Kelly, P.C.
>557 Prospect Avenue
>Hartford, CT 06105-2922

*William J. Albinger*
William J. Albinger

\4033\89\465894.1