UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BARBARA CAMPBELL,<br><br>Plaintiff,<br><br>v.<br><br>WINDHAM COMMUNITY MEMORIAL HOSPITAL, INC. and HATCH HOSPITAL CORP.<br><br>Defendants. | Civil No. 3:03 CV 0520 (JCH)<br><br>September 24, 2004 |

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure and Rule 56 of the Local Rules, defendants, Windham Community Memorial Hospital, Inc. and Hatch Hospital Corporation (collectively "defendants"), hereby respectfully move the Court to enter summary judgment in their favor with respect to Counts 1 through 7 of the Complaint dated March 25, 2003. In support of their motion, defendants respectfully represent that there are no genuine issues as to any material fact with respect to the claims alleged in the Complaint and that they are entitled to judgment as a matter of law. In further support of their motion, defendants submit herewith a Memorandum of Law and a Local Rule 56(a)1 Statement of Undisputed Facts.

WHEREFORE, defendants respectfully move the Court to enter summary judgment in their favor with respect to Counts 1 through 7 of the Complaint.

**ORAL ARGUMENT REQUESTED**

DEFENDANTS
WINDHAM COMMUNITY MEMORIAL
HOSPITAL and
HATCH HOSPITAL CORPORATION

By: William J. Albinger

Stephen B. Harris, ct13125
William J. Albinger, ct18861
Wiggin & Dana LLP
One Century Tower
P.O. Box 1832
New Haven, CT 06508-1832
(203) 498-4400
Their Attorneys

**CERTIFICATE OF SERVICE**

This is to certify that on this 24th day of September, 2004, a copy of the foregoing has been mailed, postage prepaid, to the following:

Mary E. Kelly, Esq.
Livingston, Adler, Pulda, Meiklejohn & Kelly, P.C.
557 Prospect Avenue
Hartford, CT 06105-2922

William J. Albinger

\4033\89\470088.1