UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BARBARA CAMPBELL : | CIVIL ACTION NO. |
| Plaintiff : | 3:03 CV 0520 (JCH) |
| : | |
| V. : | |
| : | |
| WINDHAM COMMUNITY HOSPITAL, : | |
| INC. : | |
| : | |
| HATCH HOSPITAL CORP. : | |
| Defendants. : | October 14, 2004 |

**MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION FOR SUMMARY JUDGEMENT**

The Plaintiff, Barbara Campbell, respectfully requests that the scheduling order in the above-referenced matter be modified so as to allow the Plaintiff an extension of two weeks from October 18, 2004 until November 1, 2004 to file a Memorandum in Opposition to Defendants' Motion for Summary Judgement.

The Defendants seek to have the Court dismiss all seven of the Plaintiff's legal claims. The factual support for these claims involve more than a dozen depositions and hundreds of pages of documents. Thus, the drafting of the response is both complicated and time consuming. In addition, on September 26, 2004, Plaintiff's counsel's mother was hospitalized due to complications from chronic obstructive pulmonary disease. She was hospitalized for one week, and has since been on oxygen with some restrictions. Because of this, Plaintiff's counsel has not worked her normal schedule since September 26, 2004.

Due to the press of other business, the breadth of factual and legal issues presented in this case, and the reduced work schedule of Plaintiff's counsel, the

Plaintiff respectfully requests that the scheduling order in the above-referenced matter be modified so as to allow an additional two weeks to respond to the Defendants Motion for Summary Judgement.

This is Plaintiff's first request for an extension of time to respond to this Motion. Counsel for the Defendants has been contacted and has no objection to the granting of this extension.

                                  Respectfully submitted,
                                  THE PLAINTIFF

By: _____
     Mary E. Kelly  ct 07419
     Livingston, Adler, Pulda,
     Meiklejohnn & Kelly, P.C.
     557 Prospect Avenue
     Hartford, CT  06105-2922
     (860) 233-9821

## CERTIFICATION OF SERVICE

      This is to certify that a copy of the foregoing Extension of Time to Respond to Defendant's Motion for Summary Judgement has been sent by first-class, postage pre-paid mail on this 14th day of October, 2004 to the following counsel of record:

Stephen B. Harris
William J. Albinger
Wiggin & Dana LLP
One Century Tower
265 Church Street
New Haven, CT 06510-7001

                                                                                   Mary E. Kelly