UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BARBARA CAMPBELL : | CIVIL ACTION NO. |
| Plaintiff : | 3:03 CV 0520 (JCH) |
| : | |
| V. : | |
| : | |
| WINDHAM COMMUNITY HOSPITAL, : | |
| INC. : | |
| : | |
| HATCH HOSPITAL CORP. : | |
| Defendants. : | October 27, 2004 |
| : | |

## MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION FOR SUMMARY JUDGEMENT

The Plaintiff, Barbara Campbell, respectfully requests that the scheduling order in the above-referenced matter be modified so as to allow the Plaintiff an extension of one additional week from November 1, 2004 until November 8, 2004 to file a Memorandum in Opposition to Defendants' Motion for Summary Judgement.

The Defendants seek to have the Court dismiss all seven of the Plaintiff's legal claims. The factual support for these claims involve more than a dozen depositions and hundreds of pages of documents. Thus, the drafting of the response is both complicated and time consuming. In addition, on September 26, 2004, Plaintiff's counsel's mother was hospitalized due to complications from chronic obstructive pulmonary disease. She was hospitalized for one week, and has since been on oxygen with some restrictions. Because of this, Plaintiff's counsel requested an addition of two weeks time. Plaintiff's counsel had believed that this would permit sufficient time to complete her response.

Unfortunately Plaintiff's counsel misjudged the amount of time necessary and now seeks an additional week. This is Plaintiff's second request for an extension of time to respond to this Motion. Counsel for the Defendants has been contacted and has no objection to the granting of this extension.

                                  Respectfully submitted,
                                  THE PLAINTIFF

By: _____
Mary E. Kelly  ct# 07419
Livingston, Adler, Pulda,
Meiklejohnn & Kelly, P.C.
557 Prospect Avenue
Hartford, CT  06105-2922
(860) 233-9821

## CERTIFICATION OF SERVICE

      This is to certify that a copy of the foregoing Extension of Time to Respond to Defendant's Motion for Summary Judgement has been sent by first-class, postage pre-paid mail on this 27th day of October, 2004 to the following counsel of record:

Stephen B. Harris  
William J. Albinger  
Wiggin & Dana LLP  
One Century Tower  
265 Church Street  
New Haven, CT 06510-7001

 

_____  
Mary E. Kelly