UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BARBARA CAMPBELL | : | CIVIL ACTION NO. |
| Plaintiff | : | 3:03 CV 0520 (JCH) |
| | : | |
| V. | : | |
| | : | |
| WINDHAM COMMUNITY HOSPITAL, INC. | : | |
| | : | |
| HATCH HOSPITAL CORP. | : | |
| Defendants. | : | November 8, 2004 |

**PLAINTIFF'S MOTION FOR PERMISSION TO EXCEED
THE PAGE LIMIT FOR PLAINTIFF'S MEMORANDUM OF LAW
IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT**

Plaintiff Barbara Campbell respectfully moves the Court for permission to file the attached Plaintiff's Memorandum of Law in Opposition to Motion for Summary Judgment. The filing is fifteen (15) pages longer than contemplated by the Local Rules. The plaintiff requires the additional pages to provide a complete record of both the factual dispute and legal claims for this Court. The defendant moved for summary judgment as to seven legal claims alleged by the plaintiff, and raised a number of arguments that required detailed analysis. Additionally, there are a significant number of disputed factual issues in this matter, and support for the plaintiff's opposition was culled from over a dozen deposition transcripts and exhibits. Further, the defendant's brief did not address a number of factual issues which are material to the plaintiff's claims and which therefore needed to be explicated in the plaintiff's opposition memorandum.

The plaintiff made every effort to present a complete, but concise opposition memorandum, within the stated page limit, but needed to exceed that limit by sixteen pages.

Therefore the plaintiff seeks this Court's permission to exceed the page limit contained in D. Conn. L. Civ. Rule 9(a)(2).

WHEREFORE, plaintiff respectfully requests permission to exceed the page limit with respect to his Memorandum, submitted herewith.

RESPECTFULLY SUBMITTED,
THE PLAINTIFF

By: _____
Mary E. Kelly ct# 07419
Livingston, Adler, Pulda,
Meiklejohn & Kelly, P.C.
557 Prospect Avenue
Hartford, CT 06105-2922
(860) 233-9821

## CERTIFICATION OF SERVICE

      This is to certify that a copy of the foregoing Plaintiff's Motion for Permission to Exceed The Page Limit for Plaintiff's Memorandum of Law In Opposition to Motion for Summary Judgment has been hand delivered on this 8th day of November, 2004 to the following counsel of record:

Stephen B. Harris
William J. Albinger
Wiggin & Dana LLP
One Century Tower
265 Church Street
New Haven, CT 06510-7001

                                                                _____
                                                                Mary E. Kelly