**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| BARBARA CAMPBELL | : | CIVIL ACTION NO. |
| Plaintiff | : | 3:03 CV 0520 (JCH) |
| | : | |
| V. | : | |
| | : | |
| WINDHAM COMMUNITY HOSPITAL, INC. | : | |
| | : | |
| HATCH HOSPITAL CORP. | : | |
| Defendants. | : | November 8, 2004 |
| | : | |

## **NOTICE OF MANUAL FILING**

Please take notice that Plaintiff, Barbara Campbell has manually filed the following documents:

**EXHIBITS 1 - 64 to the Plaintiff's Rule 56(a)(2) Statement**
**and**
**EXHIBITS A and B to Plaintiff's Memorandum of Law**

This document has not been filed electronically because

[ **X** ] the document cannot be converted to an electronic format

[   ] the electronic file size of the document exceeds 1.5 megabytes

[   ] the document is filed under seal pursuant to Local Rule of Civil Procedure

    5(d) or Local Rule of Criminal Procedure 57(b)

[   ] Defendant is excused from filing this document by Court order.

The document has been manually served on all parties.

          RESPECTFULLY SUBMITTED,


BY:_____
    Mary E. Kelly ct#07419
    Livingston, Adler, Pulda,
    Meiklejohn & Kelly P.C.
    557 Prospect Avenue
    Hartford, CT 06105
    phone: (860) 233-9821
    fax:    (860) 232-7818

**CERTIFICATION OF SERVICE**

      This is to certify that a copy of the foregoing Notice of Manual Filing has been hand delivered on this 8th day of November, 2004 to the following counsel of record:

Stephen B. Harris
William J. Albinger
Wiggin & Dana LLP
One Century Tower
265 Church Street
New Haven, CT 06510-7001

                                          _____
                                          Mary E. Kelly