UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BARBARA CAMPBELL,<br><br>　　　　Plaintiff,<br><br>v.<br><br>WINDHAM COMMUNITY MEMORIAL<br>HOSPITAL, INC. and<br>HATCH HOSPITAL CORP.<br><br>　　　　Defendants. | Civil No. 3:03 CV 0520 (JCH)<br><br><br><br><br>November 23, 2004 |

**MOTION FOR EXTENSION OF TIME TO FILE A MEMORANDUM IN REPLY TO PLAINTIFF'S OPPOSITION TO SUMMARY JUDGMENT**

Defendants Windham Community Memorial Hospital, Inc. and Hatch Hospital Corporation ("defendants") hereby respectfully request an extension of time of fourteen (14) days, up to and including December 7, 2004, in which to file a memorandum in reply to plaintiff's memorandum in opposition to summary judgment. Plaintiff's written submission in opposition to defendants' summary judgment motion is several inches thick and includes 64 exhibits, totaling thousands of pages. Accordingly, the drafting of defendants' reply brief is complicated and time-consuming.

This is defendants' first request for an extension of this deadline. Plaintiff's counsel has been contacted and has no objection to the granting of this motion.

DEFENDANTS
WINDHAM COMMUNITY MEMORIAL
HOSPITAL and
HATCH HOSPITAL CORPORATION


By: _____*William J. Albinger*_____
Stephen B. Harris, ct13125
William J. Albinger, ct18861
Wiggin & Dana LLP
One Century Tower
P.O. Box 1832
New Haven, CT 06508-1832
(203) 498-4400
Their Attorneys

## **CERTIFICATE OF SERVICE**

This is to certify that on this 23rd day of November, 2004, a copy of the foregoing has been mailed, postage prepaid, to the following:

Mary E. Kelly, Esq.
Livingston, Adler, Pulda, Meiklejohn & Kelly, P.C.
557 Prospect Avenue
Hartford, CT 06105-2922

_____
William J. Albinger

\4033\89\501169.1