UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BARBARA CAMPBELL, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WINDHAM COMMUNITY MEMORIAL )<br>HOSPITAL, INC. and )<br>HATCH HOSPITAL CORP. )<br>)<br>Defendants. )<br>) | Civil No. 3:03 CV 0520 (JCH)<br><br>December 7, 2004 |

## DEFENDANTS' NOTICE OF MANUAL FILING

Please take notice that defendants, Windham Community Memorial Hospital, Inc. and Hatch Hospital Corporation (collectively "defendants"), have manually filed the following documents:

Exhibits A through C to Defendants' Memorandum in Further Support of Motion for Summary Judgment.

These documents have not been filed electronically because

[ X ]   the documents cannot be converted to an electronic format

[  ]   the electronic file size of the document exceeds 1.5 megabytes

[  ]   part of the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)

[  ]   Defendants are excused from filing this document or thing by Court order.

The documents have been manually served on all parties.

Respectfully submitted,

DEFENDANTS
WINDHAM COMMUNITY MEMORIAL
HOSPITAL, INC. and
HATCH HOSPITAL CORPORATION

By: *William J. Albinger*
Stephen B. Harris, ct13125
William J. Albinger, CT18861
Wiggin and Dana LLP
One Century Tower
New Haven, CT 06508-1832
(203) 498-4400
Their Attorneys

## CERTIFICATE OF SERVICE

This is to certify that on this 7th day of December, 2004, a copy of the foregoing has been mailed, postage prepaid, to the following:

>Mary E. Kelly, Esq.
>Livingston, Adler, Pulda, Meiklejohn & Kelly, P.C.
>557 Prospect Avenue
>Hartford, CT  06105-2922

_____
William J. Albinger

\4033\89\502526.1