UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| BARBARA CAMPBELL, | ) | |
| | ) | Civil No. 3:03 CV 0520 (JCH) |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | December 7, 2004 |
| WINDHAM COMMUNITY MEMORIAL | ) | |
| HOSPITAL, INC. and | ) | |
| HATCH HOSPITAL CORP. | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS' MOTION FOR PERMISSION TO EXCEED THE PAGE LIMIT FOR DEFENDANTS' MEMORANDUM IN FURTHER SUPPORT OF MOTION FOR SUMMARY JUDGMENT

Defendants Windham Community Memorial Hospital, Inc. and Hatch Hospital Corporation (collectively "defendants") hereby respectfully move the Court for permission to file the attached Memorandum in Further Support of Motion for Summary Judgment. The attached memorandum exceeds the page limit contemplated by Local Rule 7(d) by seven (7) pages. Defendants require the additional pages in order to properly address the numerous factual contentions and legal arguments raised by plaintiff in her opposition papers.

By way of background, defendants moved for summary judgment on each of the seven (7) counts of plaintiff's Complaint. In support of its motion, defendants filed a 37-page memorandum of law and a 55-paragraph statement in compliance with Local Rule 56(a)1. In response, plaintiff filed a 55-page memorandum in opposition to defendants' motion – which exceeded the page limit set forth in the Local Rules. In addition, she filed a 177-paragraph

"Statement of Material Facts in Dispute," a 90-paragraph affidavit, and 64 exhibits totaling hundreds of pages. In her opposition papers, plaintiff raises many factual issues and arguments that were not addressed by defendants in their motion papers.

Defendants made every effort to address the relevant factual allegations and legal arguments made by plaintiff in her opposition papers, within the page limit contemplated by the Local Rules, but needed to exceed the page limit by seven (7) pages.

WHEREFORE, defendants respectfully request permission to exceed the page limit contained in Local Rule 7(d) with respect to their reply brief.

DEFENDANTS
WINDHAM COMMUNITY MEMORIAL
HOSPITAL and
HATCH HOSPITAL CORPORATION


By:    _William J. Albinger_
Stephen B. Harris, ct13125
William J. Albinger, ct18861
Wiggin & Dana LLP
One Century Tower
P.O. Box 1832
New Haven, CT 06508-1832
(203) 498-4400
Their Attorneys

## CERTIFICATE OF SERVICE

This is to certify that on this 7th day of December, 2004, a copy of the foregoing has been mailed, postage prepaid, to the following:

Mary E. Kelly, Esq.
Livingston, Adler, Pulda, Meiklejohn & Kelly, P.C.
557 Prospect Avenue
Hartford, CT  06105-2922

_William J. Albinger_
William J. Albinger

\4033\89\502485.1

3