## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BARBARA CAMPBELL | : | CIVIL ACTION NO. |
| Plaintiff | : | 3:03 CV 0520 (JCH) |
| V. | : | |
| WINDHAM COMMUNITY HOSPITAL, INC. | : | |
| HATCH HOSPITAL CORP. | : | |
| Defendants. | : | December 10, 2004 |

### PLAINTIFF'S REQUEST FOR ORAL ARGUMENT

The Plaintiff, Barbara Campbell, respectfully requests oral argument as to the Defendant's Motion for Summary Judgement.  Specifically, the Plaintiff requests oral argument in order to reply to certain claims and allegations made in the Defendant's Reply Brief, and/or to answer any questions posed by the Court.   In the alternative, the Plaintiff respectfully requests permission to file a surreply of no more than ten pages in order to address these issues.

RESPECTFULLY SUBMITTED,


BY:_____
Mary E. Kelly ct#07419
Livingston, Adler, Pulda,
Meiklejohn & Kelly P.C.
557 Prospect Avenue
Hartford, CT 06105
phone: (860) 233-9821
fax:    (860) 232-7818

**CERTIFICATION OF SERVICE**

     This is to certify that a copy of the foregoing Request has been mailed, first class mail, postage pre-paid on this 10th day of December, 2004 to the following counsel of record:

Stephen B. Harris
William J. Albinger
Wiggin & Dana LLP
One Century Tower
265 Church Street
New Haven, CT 06510-7001

_____
Mary E. Kelly