UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BARBARA CAMPBELL,<br><br>            Plaintiff,<br><br>v.<br><br>WINDHAM COMMUNITY MEMORIAL<br>HOSPITAL, INC. and<br>HATCH HOSPITAL CORP.<br><br>            Defendants. | Civil No. 3:03 CV 0520 (JCH)<br><br><br>January 3, 2005 |

### DEFENDANTS' MEMORANDUM IN OPPOSITION TO PLAINTIFF'S REQUEST FOR PERMISSION TO FILE A SURREPLY

Defendants, Windham Community Memorial Hospital, Inc. and Hatch Hospital Corporation ("defendants"), hereby respond to plaintiff's request for oral argument or, in the alternative, for permission to file a surreply of no more than ten (10) pages addressed to defendants' reply memorandum in further support of its motion for summary judgment. While defendants have no objection to plaintiff's request for oral argument on their motion for summary judgment, and indeed expressly requested oral argument in their original motion papers, they object to plaintiff's request for permission to file a surreply to defendants' reply memorandum as it is procedurally inappropriate and needlessly cumulative. As an initial matter, there is no provision in either the federal or Local Rules to support plaintiff's request for permission to file a surreply. On the contrary, Local Rule 7(d) expressly provides that *moving* parties may file *reply briefs* "strictly confined to matters raised by the responsive brief." *See*

*also Lalco, a Div. of Nedmarc, Inc. v. Exeter Energy Ltd.*, 989 F.Supp. 425, 429 n.1 (D. Conn. 1997)("Local Rules give no recognition to a 'surreply'").

In addition to being procedurally inappropriate, plaintiff's proposed surreply is wholly unnecessary and cumulative. As the Court is aware, plaintiff, in response to defendants' motion for summary judgment, filed a 55-page memorandum of law, a 177-paragraph "Statement of Material Facts in Dispute," a 90-paragraph affidavit, and 64 exhibits totaling hundreds of pages. Accordingly, it cannot be said that plaintiff has been denied an opportunity to adequately state her position with regard to defendants' summary judgment motion. Defendants, in response to plaintiff's voluminous filing, prepared and filed a reply brief which, in accordance with the Local Rules, is limited to a discussion of matters raised by plaintiff (many for the first time) in her opposition papers.

For all of the foregoing reasons, the Court should deny plaintiff's request to sidestep the procedural framework carefully set forth in the Local Rules in order to have "one last bite of the apple."

                                            Respectfully submitted,

                                            DEFENDANTS
                                            WINDHAM COMMUNITY MEMORIAL
                                            HOSPITAL, INC. and
                                            HATCH HOSPITAL CORPORATION

By:  */s/ William J. Albinger*
      Stephen B. Harris, ct13125
      William J. Albinger, CT18861
      Wiggin and Dana LLP
      One Century Tower
      New Haven, CT 06508-1832
      (203) 498-4400
      Their Attorneys

## CERTIFICATE OF SERVICE

This is to certify that on this 3rd day of January, 2005, a copy of the foregoing has been mailed, postage prepaid, to the following:

Mary E. Kelly, Esq.
Livingston, Adler, Pulda, Meiklejohn & Kelly, P.C.
557 Prospect Avenue
Hartford, CT  06105-2922

_____
William J. Albinger

\4033\89\505957.1