UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BARBARA CAMPBELL, <br><br> Plaintiff, <br><br> v. <br><br> WINDHAM COMMUNITY MEMORIAL <br> HOSPITAL, INC. and <br> HATCH HOSPITAL CORP. <br><br> Defendants. | Civil No. 3:03 CV 0520 (JCH) <br><br><br><br> January 20, 2005 |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Rule 7(e) of the United States District Court for the District of Connecticut, the undersigned hereby moves to withdraw his appearance in the above-captioned action on account of his leaving the firm of Wiggin and Dana LLP and the private practice of law to accept a position with an in-house legal department. The defendant will continue to be represented by Wiggin and Dana LLP through other attorneys who already have filed or will file appearances in this case.

By:

DEFENDANTS
Windham Community Memorial Hospital,
Inc. and Hatch Hospital Corporation

_____
Stephen B. Harris (ct 13125)
Wiggin and Dana LLP
One Century Tower
265 Church Street
New Haven, CT 06508
(203) 498-4400

## CERTIFICATE OF SERVICE

This is to certify that on this 20th day of January, 2005, a copy of the foregoing has been mailed, postage prepaid, to the following:

> Mary E. Kelly, Esq.
> Livingston, Adler, Pulda, Meiklejohn & Kelly, P.C.
> 557 Prospect Avenue
> Hartford, CT 06105-2922

and by certified mail, to the following:

> Martin L. Levine
> Windham Community Memorial Hospital, Inc.
> 112 Mansfield Avenue
> Willimantic, CT 06226

_____
Stephen B. Harris

\4033\89\510516.1