UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BARBARA CAMPBELL,<br><br>            Plaintiff,<br><br>v.<br><br>WINDHAM COMMUNITY MEMORIAL<br>HOSPITAL, INC. and<br>HATCH HOSPITAL CORP.<br><br>            Defendants. | Civil No. 3:03 CV 0520 (JCH)<br><br><br>July 21, 2005 |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Rule 7(e) of the United States District Court for the District of Connecticut, the undersigned hereby moves to withdraw his appearance in the above-captioned action on account of his leaving the firm of Wiggin and Dana LLP and the private practice of law to accept a position with an in-house legal department. The defendants will continue to be represented by Wiggin and Dana LLP through other attorneys who already have filed or will file appearances in this case.

                                              DEFENDANTS
                                              Windham Community Memorial Hospital,
                                              Inc. and Hatch Hospital Corporation

By: _____
       William J. Albinger (ct 19861)
       Wiggin and Dana LLP
       One Century Tower
       265 Church Street
       New Haven, CT 06508
       (203) 498-4400

## CERTIFICATE OF SERVICE

This is to certify that on this 21st day of July, 2005, a copy of the foregoing has been mailed, postage prepaid, to the following:

>Mary E. Kelly, Esq.
>Livingston, Adler, Pulda, Meiklejohn & Kelly, P.C.
>557 Prospect Avenue
>Hartford, CT 06105-2922

and by certified mail, to the following:

>Martin L. Levine
>Vice President, Human Resources
>Windham Community Memorial Hospital, Inc.
>112 Mansfield Avenue
>Willimantic, CT 06226

*William J. Albinger*
William J. Albinger

\4033\89\541220.1