UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BARBARA CAMPBELL,<br><br>    Plaintiff,<br><br>v.<br><br>WINDHAM COMMUNITY MEMORIAL<br>HOSPITAL, INC., and<br>HATCH HOSPITAL CORP.<br><br>    Defendant. | :<br>:<br>:<br>:<br>:   CASE No. 3:03CV0520 (JCH)<br>:<br>:<br>:<br>:<br>:<br>:   JULY 25, 2005 |

## APPEARANCE

To the Clerk of this court and all parties of record:

Please enter my appearance in this case for the defendants Windham Community Memorial Hospital, Inc. and Hatch Hospital Corp. This will certify that the undersigned is admitted to practice before this court.

                                          Respectfully submitted,

                                          DEFENDANTS,
                                          WINDHAM COMMUNITY MEMORIAL
                                          HOSPITAL, INC. and HATCH HOSPITAL
                                          CORP.

                                          By: _____
                                          Lawrence Peikes (ct07913)
                                          lpeikes@wiggin.com
                                          Wiggin and Dana LLP
                                          Their Attorneys
                                          400 Atlantic Street
                                          P.O. Box 110325
                                          Stamford, CT  06911-0325
                                          (203) 363-7600
                                          (203) 363-7676 (Fax)

- 2 -

## CERTIFICATE OF SERVICE

This is to certify that on this 25th day of July, 2005, a copy of the foregoing has been mailed, postage prepaid, to the following:

>Mary E. Kelly, Esq.
>Livingston, Adler, Pulda, Meiklejohn & Kelly, P.C.
>557 Prospect Avenue
>Hartford, CT 06105-2922

_____
Lawrence Peikes

\4033\89\544883.1