UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BARBARA CAMPBELL : | |
|     Plaintiff : | |
| : | CIVIL ACTION NO. |
| v. : | 3:03-cv-520 (JCH) |
| : | |
| WINDHAM COMMUNITY HOSPITAL, : | |
| INC., ET AL : | |
|     Defendants : | SEPTEMBER 19, 2005 |

### REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge Holly B. Fitzsimmons for the following purpose:

_____  All purposes

\_\_\_\_  A ruling on all pretrial motions except dispositive motions

\_\_\_\_  To supervise discovery and resolve discovery disputes

_____  A ruling on the following motion(s) which are currently pending:

\_\_\_\_  A Rule 26(f) Conference [See Dkt. \_\_\_ ]

\_\_\_\_\_√\_\_\_\_  A settlement conference.  **The pursuit of settlement negotiations, and a referral to a magistrate judge for purposes of a settlement conference, does not relieve the parties of their obligation to adhere to scheduling deadlines absent a court order to that effect.**

**SO ORDERED.**

Dated at Bridgeport, Connecticut this 19th day of September, 2005.

/s/ Janet C. Hall
Janet C. Hall
United States District Judge