UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BARBARA CAMPBELL,            : | |
|     Plaintiff                              : | |
|                                                  : | |
| v.                                                : | CIVIL ACTION NO: |
|                                                  : | 3:03 CV 00520 (JCH) |
| WINDHAM COMMUNITY MEMORIAL : | |
| HOSPITAL, INC.                           : | |
|                                                  : | |
| and                                             : | |
|                                                  : | |
| HATCH HOSPITAL CORP.,         : | |
|     Defendants.                       : | January 10, 2006 |

**MOTION FOR EXTENSION OF TIME**

     Plaintiff Barbara Campbell respectfully requests an extension of forty-five days' time, from January 15, 2006 up to and including March 1, 2006, within which to file closing papers.  The case has been settled in principle but the settlement must be approved by an out- of - state bankruptcy trustee.  A hearing on this matter has been scheduled for January 26th, at which time any person opposing the settlement will need to object.  If no objection is filed and the Bankruptcy Court approves the settlement, the parties will complete and sign a settlement agreement, and closing papers will be filed.  If an objection is filed, the Plaintiff will need to try to resolve this objection before the settlement can be approved.

     The Plaintiff anticipate that because of this process closing papers will not be filed until mid to late February.  This is Plaintiff's first request for an extension of time in this matter.  Counsel for the defendant has been contacted and has no objection to the granting of this extension.

                        RESPECTFULLY SUBMITTED,
                        THE PLAINTIFF

By:   _____
       Mary E. Kelly ct07419
       Livingston, Adler, Pulda,
       Meiklejohn & Kelly, P.C.
       557 Prospect Avenue
       Hartford, CT  06105-2922
       (860) 233-9821

## **CERTIFICATE OF SERVICE**

     This is to certify that the foregoing, Motion for Extension of Time has been mailed, first-class, postage pre-paid on this 10th day of January, 2006 to all counsel of record as follows:

Lawrence Peikes
Wiggin & Dana LLP
PO Box 110325
400 Atlantic St.
Stamford, CT 06911-0325

                                                  _____
                                                  Mary E. Kelly