UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BARBARA CAMPBELL,<br>    Plaintiff | :<br>:<br>: |
| v. | : CIVIL ACTION NO:<br>: 3:03 CV 00520 (JCH) |
| WINDHAM COMMUNITY MEMORIAL<br>HOSPITAL, INC. | :<br>:<br>: |
| and | : |
| HATCH HOSPITAL CORP.,<br>    Defendants. | :<br>: March 2, 2006 |

## JOINT MOTION FOR EXTENSION OF TIME

Plaintiff Barbara Campbell and Defendants Windham Community Memorial Hospital and Hatch Hospital Corp. respectfully request an extension of 21 days time from March 1, 2006 up to and including March 22, 2006, within which to file closing papers. The case has been settled in principle but the settlement must be approved by an out- of - state bankruptcy trustee. The trustee initially rejected the settlement, and has only just approved it. The parties now need to reduce the agreement to writing and have it signed by all parties- one of whom is located out of state.

The Plaintiff anticipate that because of this process closing papers will not be filed until mid March. This is the second request for an extension of time in this matter.

|  |  |
|---|---|
| RESPECTFULLY SUBMITTED,<br>THE PLAINTIFF | THE DEFENDANT |
| By: _____<br>Mary E. Kelly ct07419<br>Livingston, Adler, Pulda,<br>Meiklejohn & Kelly, P.C.<br>557 Prospect Avenue<br>Hartford, CT 06105-2922<br>(860) 233-9821 | By: _____<br>Lawrence Peikes<br>Wiggin & Dana LLP<br>PO Box 110325<br>400 Atlantic Street<br>Stamford, CT 06911 |

## CERTIFICATE OF SERVICE

     This is to certify that the foregoing, Motion for Extension of Time has been mailed, first-class, postage pre-paid on this 2 day of March 2006 to all counsel of record as follows:

Lawrence Peikes
Wiggin & Dana LLP
PO Box 110325
400 Atlantic St.
Stamford, CT 06911-0325

_____
Mary E. Kelly