UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

BARBARA CAMPBELL

3:03CV520JCH

v

WINDHAM COMMUNITY HOSPITAL, INC.,
HATCH HOSPITAL CORPORATION

## J U D G M E N T

Notice having been sent to counsel of record on January 5, 2006,  pursuant to L.R. 41(b) indicating that the above-entitled case would be dismissed if closing papers were not filed on or before January 15, 2006, an extension was granted to March 1, 2006 and a second extension was granted to March 22, 2006.  No closing papers having been filed ,

It is hereby ORDERED that this action is dismissed, pursuant to Local Rule 41(b), without costs to any party and without prejudice to the right of any party thereto to move within thirty (30) days hereof, upon good cause shown, to reopen the case if the settlement has not been consummated.

Dated at Bridgeport, Connecticut this 29th day of March, 2006.

KEVIN F. ROWE, Clerk

ENTERED ON THE
DOCKET_____                                By:   /s/Catherine Boroskey
                                                        Deputy Clerk